# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES--GENERAL

Case No.  **SACV 10-0139-DOC (RNBx)**                                         Date: **July 29, 2010**

Title:  **Thinking Liberally Media, Inc., et al. v. Orange Juice Blog, et al.**

**DOCKET ENTRY**

PRESENT:

**HON. ROBERT N. BLOCK, UNITED STATES MAGISTRATE JUDGE**

| Kerri Hays | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:              ATTORNEYS PRESENT FOR DEFENDANTS:
   None present                                                     None present

**PROCEEDINGS:  (IN CHAMBERS)**

**Plaintiff Thinking Liberally Media, Inc.'s Motions to Compel, filed July 12, 2010**

In accordance with the admonition contained in the Court's July 14, 2010 Minute Order, the Court deems defendant Art Pedroza's failure to file timely written opposition to plaintiff's Motions on or before the July 23, 2010 deadline as consent to the granting of both Motions and the imposition of sanctions pursuant to Local Rule 37-4.

Accordingly, it is hereby ORDERED as follows:

1. Within fourteen (14) days of the service date of this Minute Order, defendant Art Pedroza is ordered to produce without objection all documents in his possession, custody, or control responsive to plaintiff's Request for Production of Documents (Set One).

2. Within fourteen (14) days of the service date of this Minute Order, defendant Art Pedroza is ordered to provide full and complete answers without objection to plaintiff's Special Interrogatories (Set One), in accordance with the format requirements of Local Rule 33-2 and the signature requirement of Fed. R. Civ. P. 26(g)(1).

3. Within fourteen (14) days of the service date of this Minute Order, defendant Art Pedroza is ordered to pay sanctions to plaintiff in the amount of $2,500.00, which the Court finds to be plaintiff's reasonable expenses incurred in making the two Motions.  See Local Rule 37-4; Fed. R. Civ. P. 37(a)(5)(A).

cc:     Judge Carter

MINUTES FORM 11                                                                 Initials of Deputy Clerk       klh
CIVIL-GEN