UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV10-0139-DOC (RNBx) | Date | October 6, 2010 |
|---|---|---|---|
| Title | THINKING LIBERALLY MEDIA INC., ET AL -V- ORANGE JUICE BLOG, ET AL | | |

| Present: The Honorable | David O. Carter, U.S. District Court Judge | |
|---|---|---|
| Kathy Peterson | Not Present | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

Not Present                            Not Present

**Proceedings:**   IN CHAMBERS - DISCHARGE OF ORDER TO SHOW CAUSE

On September 17, 2010, the Court issued an Order to Show Cause why Court should not dismiss this action for lack of prosecution. The Court is in receipt of plaintiff's Motion for Entry of Default Judgment, noticed for hearing on November 8, 2010.

The Court now orders the Order to Show Cause DISCHARGED.

The Clerk shall serve this minute order on counsel for all parties in this action.

:   00

Initials of Preparer     kp