Todd E. Gallinger, SBN 238666
GALLINGER LAW
20 Truman, Suite 109
Irvine, CA 92620
P: 949.862.0010
F: 949.861.6582
tgallinger@gallingerlaw.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THINKING LIBERALLY MEDIA, INC. d/b/a THE LIBERAL OC, a California Corporation; MADISON ALEXANDER PR, INC., a California Corporation; DANIEL CHMIELEWSKI, an individual; CHRIS PREVATT, an individual; RYAN TRABUCO, an individual; and CLAUDIO GALLEGOS, an individual<br><br>PLAINTIFFS,<br>vs.<br><br>ORANGE JUICE BLOG, a business entity form unknown; ART PEDROZA, an individual; and DOES 1 though 15, inclusive<br><br>DEFENDANTS. | Case No.: SACV 10-00139 DOC (RNBx)<br><br>ORDER FOR ENTRY OF DEFAULT JUDGMENT<br><br>Before: Hon. David O. Carter, U.S.D.J.<br>Discovery Cut Off: March 31, 2011<br>Motion Cut Off: May 9, 2011<br>Pretrial Conference: May 16, 2011<br>Trial Date: May 17, 2011 |

1     **IT IS HEREBY ORDERED** that judgment is entered against Defendant ORANGE JUICE BLOG, a business entity form unknown, in the favor of Plaintiff MADISON ALEXANDER PR., INC. in the amount of $ 17,000.00;

Dated: March 10, 2010

*David O. Carter*

HONORABLE JUDGE DAVID CARTER
UNITED STATES DISTRICT JUDGE