Todd E. Gallinger, SBN 238666
GALLINGER LAW
20 Truman, Suite 109
Irvine, CA 92620
P: 949.862.0010
F: 949.861.6582
tgallinger@gallingerlaw.com

Attorney for Plaintiffs

Corrected on 10/17/12 to reflect the defendant's name as Arturo Pedroza

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THINKING LIBERALLY MEDIA, INC. d/b/a THE LIBERAL OC, a California Corporation; MADISON ALEXANDER PR, INC., a California Corporation; DANIEL CHMIELEWSKI, an individual; CHRIS PREVATT, an individual; RYAN TRABUCO, an individual; and CLAUDIO GALLEGOS, an individual<br><br>PLAINTIFFS,<br>vs.<br><br>ORANGE JUICE BLOG, a business entity form unknown; ART PEDROZA, an individual; and DOES 1 though 15, inclusive<br><br>DEFENDANTS. | Case No.: SACV 10-00139 DOC (RNBx)<br><br>CORRECTED JUDGMENT   [80] |

As the Court has previously ordered Discovery Sanctions pursuant to Local Rule 37-4 against Defendant for the benefit of Plaintiffs, which have not been paid, as follows:

Sanctions of $2,500.00 on July 29, 2010;

Sanctions of $536 on November 3, 2010;

Sanction of $4,200 on May 12, 2011

IT IS ORDERED AND ADJUDGED that Plaintiffs THINKING LIBERALLY MEDIA, INC., MADISON ALEXANDER PR, INC., CHRIS PREVATT, RYAN TRABUCO and CLAUDIO GALLEGOS have and recover from Defendant ARTURO PEDROZA the sum of $7,236

Dated:  February 15, 2012

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE