Todd E. Gallinger, SBN 238666
GALLINGER LAW
20 Truman, Suite 109
Irvine, CA 92620
P: 949.862.0010
F: 949.861.6582
tgallinger@gallingerlaw.com

Attorney for Plaintiffs

Corrected on 10/17/12 to reflect the defendant's name as Arturo Pedroza

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| THINKING LIBERALLY MEDIA, INC. d/b/a THE LIBERAL OC, a California Corporation; MADISON ALEXANDER PR, INC., a California Corporation; DANIEL CHMIELEWSKI, an individual; CHRIS PREVATT, an individual; RYAN TRABUCO, an individual; and CLAUDIO GALLEGOS, an individual<br><br>PLAINTIFFS,<br>vs.<br><br>ORANGE JUICE BLOG, a business entity form unknown; ART PEDROZA, an individual; and DOES 1 though 15, inclusive<br><br>DEFENDANTS. | **Case No.: SACV 10-00139 DOC (RNBx)**<br><br>CORRECTED JUDGMENT    [81] |

1  Upon Plaintiff's Motion for Partial Summary Judgment, and the evidence
2  presented having been fully considered and a decision having been duly rendered
3  without hearing;
4  IT IS ORDERED AND ADJUDGED that Plaintiffs THINKING LIBERALLY
5  MEDIA, INC. and MADISON ALEXANDER PR, INC. have and recover from
6  Defendant A̶R̶T̶ ̶P̶E̶D̶R̶O̶Z̶A̶ Arturo Pedroza the sum of $30,000.
7
8  Dated:  February 15, 2012
9
10                          /s/ David O. Carter
11                          DAVID O. CARTER
                            UNITED STATES DISTRICT JUDGE